IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOMINICK DIVENCENZO )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EXPERIAN INFORMATION SOLUTIONS, )<br>INC., ET AL. )<br>)<br>Defendants. )<br>) | Civil Action No. 10-848 |

## STIPULATION

AND NOW, this 29th day of April, 2010, it is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff Dominick Divencenzo and Defendant Experian Information Solutions, Inc., that the deadline for Defendant to respond to the Plaintiff's Complaint is hereby extended until Tuesday, June 1, 2010.

**FRANCIS & MAILMAN, P.C.**

BY:  /s/ Gregory Gorski
GREGORY GORSKI
Land Title Building, 19th Floor
100 S. Broad Street
Philadelphia, PA 19110

Attorneys for the Plaintiff

**JONES DAY**

BY:  /s/ Anderson T. Bailey
ANDERSON T. BAILEY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514

Attorneys for the Defendant
Experian Information Solutions, Inc.

APPROVED BY THE COURT:

Date: 4/29/2010

_Patty Shwartz, U.S. Magistrate J._